No. 03–1288. HOLMES v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1298. WILLIAMS v. DEVELL R. YOUNG, M. D., P. C., ET AL. Ct. App. Ga. Certiorari denied.

No. 03–1314. LURIE v. BLACKWELL, LIQUIDATING TRUSTEE OF THE POPKIN & STERN LIQUIDATING TRUST. C. A. 8th Cir. Certiorari denied.

No. 03–1343. JOHNSON v. ORANGE COUNTY, FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–1390. WASTE RECOVERY ENTERPRISES, LLC v. TOWN OF UNADILLA, NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03–1405. HOTEL & MOTEL ASSOCIATION OF OAKLAND ET AL. v. CITY OF OAKLAND, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–1411. DOE, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR DOE, A MINOR, ET AL. v. LEBBOS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1412. COASTAL PETROLEUM CO. ET AL. v. FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–1421. UNITED STATES EX REL. GOLDSTEIN v. FABRICARE DRAPERIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1422. DEGIDIO v. WEST GROUP CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1468. LAKIN LAW FIRM, P. C. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.